JAMES H. TIERNEY, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 25823.)

Argued January 14, 1944; decided February 24, 1944.

*Nathaniel L. Goldstein*, Attorney-General (*Arthur W. Matt-son*, *Orrin G. Judd* and *Donald C. Glenn* of counsel), for appellant.

*Harold E. Blodgett* and *Howard Murrin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.